# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL JARVIS,**

        **Plaintiff,**

**-vs-**                                               **Case No. 6:11-cv-1590-Orl-22DAB**

**CITY ELECTRIC SUPPLY COMPANY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant City Electric Supply Company's Motion to Enforce Settlement Agreement (Doc. No. 15) filed on January 9, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 5, 2012 (Doc. No. 22) is ADOPTED and CONFIRMED and made a part of this Order.

2. Defendant City Electric Supply Company's Motion to Enforce Settlement Agreement (Doc. No. 15) is granted in part and denied in part. The Motion is granted to the extent

that the Court finds that the parties have settled. The Motion is denied to the extent that the Court declines to "enforce" the confidentiality terms of the settlement or reserve jurisdiction to do so.

    3.    Within ten days of the date of this Order Defendant shall pay the settlement amount and file a Notice with the Court advising of the payment.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 20, 2012.

Copies furnished to:

ANNE C. CONWAY
United States District Judge

Counsel of Record